FILED
2020 Apr-20  PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

( SOUTHERN DIVISION )

QUINCETTA Y. CARGILL ,
     Plaintiff

                     2:20-CV-529-MHH-JEO

V.

UNITED STATES ,

UNITED STATES ATTORNEYS OFFICE

AUSA JOHN G. CAMP

AUSA M. BIAKE MILNER

INTERNAL REVENUE SERVICE CI

Special Agent Jason Ward   ,
       Defendants

      Section 1983 of Title 42 of the
     United States Code : Deprivation of Rights
   while Acting under Color of law
        Malicious Prosecution. Malice in law,
  Malpractice · Corrupt Conduct and Fraudulent Concealment

    This Action is brought Against the United States upon
A theory of respondeat superior (within the scope of his employment
— Perdue v. Mitchell , 373 So. 2d 650 (1979) ⟨ Vicarious liability ⟩ )

1.

a doctrine in tort law that makes a master liable for
the wrong of a servant, or the wrong of an employee or
agent if it was committed within the scope of employment
or agency, but does not name United States Attorney
Jay E. Town or Assistant United States Attorney
Allison J. Garnett as defendants due to the belief that
the others name specif. worked in a concert of action
but with efforts to prevent disclosure of (or fail to disclose;
intentional failure to disclose a material fact esp. the existence
of a cause of action by one under a duty to make such disclosure
to another who acts or fails to act < Fraudulent Concealment >)
Conflict of Interest and Malice in Law, thereby making
U.S. Attorney Jay E. Town and A.U.S.A. Allison J. Garnett exempt
from liability or superior knowledge [ in my opinion ].

    Civil Conspiracy forms the grounds for this lawsuit
where the plaintiff assets claims (as cause of action)
Deprivation of Rights while acting under color of law for
loss of liberty or freedom from enjoyment of life and limb
as rights enjoyed by others, free of arbitrary (as based on
preference, bias, prejudice or convenience rather than on
reason or fact < arbitrary standard >) or unreasonable
interference, and subjection to slavery, where to such
rights to freedoms and freedoms and immunities that
are safeguarded and assured by the Constitution of the

United States, International Treaty, the Bill of Rights, Expatriation Act, Sovereign Immunities Act and Title 42 Section 1983 and 1985; As well as the Equal Protection of the Law guaranteed under the Fourteenth Amendment to the U.S. Constitution, the plaintiff has an inherent right as United States born, Sovereign-American (Religious Sovereignty) National, Citizen out of the State of Alabama to which all liberties are due.

Claims are brought against A.U.S.A John G. Camp, A.U.S.A. M. Blake Milner and Special Agent Jason Ward of the Internal Revenue Service Criminal Investigation unit in both their official capacity (official duties) authorized to perform on behalf of the government, and their individual/personal responsibleness as characterized by trustworthiness, compare: Officious intermeddler

The basis of the claims and the specif. claims set forth in this action are as followed:

I    Special Agent Jason Ward - IRS-CI

where official duties (as one holding a position of power) as an investigator, or one with the authority to make (a criminal suspect) the subject of inquiry and study for the purpose of establishing probable cause, require trustworthiness, due diligence, procedural due process and professional standards (such as ethics, integrity and truth) that are vital

esp. where As instrumentality And one to whom
prosecutors turn for facts and material evidence
to be used to pursue A conviction, incarceration,
seizure of person, imprisonment and ultimately slavery
And loss of freedom and liberty, violated the rights
of the plaintiff by, And where claims, reports and grievances
exist to support

a. falsifying reports, false swearing, falsifica-
tion of evidence and false report/claims of debt

b. reckless disregard for truth

c. subornation of perjury

Where special Agent Jason Ward actively pursues
conviction of persons whom the Internal Revenue
Service deems responsible for debt claiming
fraudulent conduct – eventhough the I.R.S.
willfully provides funds upon request by electronic
submission of such "requested funds" via the
Internet through **World Wide web** – where the Knowledge
of Cyber Crime (as theft, fraud, intellectual property
violations or distribution of obscene materials)
And the Knowing that Identity Theft And Fraudulent
submission of tax returns can not be denied - where
on an annual basis (yearly) by method and with motive
the I.R.S. CI successfully prosecutes dozens of persons
claiming billions of dollars as losses for the exact same

4.

violation of law - where dozens of taxpayers and citizens are made to be and are subjected to Identity Theft through the negligent practices of the IRS. where they knowingly, willfully and intentionally accept tax returns submitted electronically with names, birth dates and social security numbers of persons whose identity may have been stolen or ill-retrieved, then after acceptance without Requirement of Proof of Identity, the I.R.S. processes the request and electronically submits or returns the requested amount without Requirement of Proof of Entitlement (as earnings claimed or monies due).

In layman's terms: The I.R.S. Knows or suspects that tax returns may be fraudulent where the earnings claimed as due and owed are fictitious and most often the names and personal information used as being the one entitled have been ill-retrieved or stolen identities - proof of such Knowing, beyond the common Knowledge and high profile and publicly broadcasted threat of Identity Theft and Cyber Crimes throughout the world using the World Wide Web and the Internet, is the fact that the IRS claims billions of dollars of loss - debt - where the exact same crimes are repeated without hinderance or Cyber Security or measures taken to prohibit

5

interference or protect consumers identity or protect them
from unwanted or undeserved intrusion.

Where no proof of identity or proof of entitlement is
requested or required eventhough a person could sit at
any physical place geographically located around the
world with access to the Internet or web (www.irs.gov)
(Cyber-terrorism - money laundering - foreign aid ... et. c )
and electronically request monies, it is impossible
to pretend that the monies were stolen after it has
been electronically deposited into foreign accounts
upon request - Reckless Negligence.
Yet annually the I.R.S. reports billions of dollars of
(debt) losses after recklessly subjecting dozens of
tax paying citizens to Identity Theft with no regard
to their rights and the damage suffered as Identity Theft
victims.

Special Agent Jason Ward's professional career is
primarily supported by investigating such crimes
and seeking prosecution of such crimes where the
annual losses are calculated by Special Agent J. Ward
and the Criminal Investigation team for the I.R.S.
< Unclean Hands >

The plaintiff asserts that after a ring of crime
commenced in the year 2010 or 2011 and an investigation that
lasted until 2017 where several people were interviewed and

6

Allowed to provide testimony, some in exchange for
immunity and some were accepted eventhough
they were obvious deceptive lies and untruths told
to Avoid consequences < Confession and Avoidance >,
yet they were all used ultimately to secure a conviction
against the plantiff.

Reckless Disregard for Truth - claims arise
from for example: Gerald Starks (2:17-cr-00212 RDP-HNJ)
where the "Co-Conspirator was allowed to provide
approx 4 totally different versions of a testimony naming
approx 4 different people As the one upon whom blame
should be placed..." "Vanessa used my account", "Teesa used
my account" " "Queen used my account"
where after several years, four testimonies, two
"official proffers" his testimony was used to convict
the plantiff "which version is the true version?"
But a conviction outweighed the truth.

Another example of Reckless Disregard for Truth
is where a "Co-Conspirator" Christopher Wilson misidentified
the person ( the plantiff) in a line up as being the person
to whom he had hand delivered over "30,000" to on several
occassions. He failed to identify the person upon whom he
casted blame yet special agent Jason Ward used his testimony
to secure a conviction - deceitfully withholding the truth of

7

the failed attempt to identify the plaintiff.

Subornation of Perjury is a violation of law yet Special Agent Jason Ward accepted perjurious testimony and helped to secure immunity and/or plea deals in exchange for the falsified testimony in hopes to secure the conviction of the plaintiff.

(Procure: to obtain, induce or cause to take place) Procedural Due Process - Fundamental to procedural due process is adequate notice prior to the government's deprivation of one's life, liberty, or property, and an opportunity to be heard and defend one's rights to life, liberty, or property, however, although the investigation conducted by special Agent Jason ward that officially started in the year 2013, Special Agent Ward interviewed over 100 people with the line of questions designed to imply guilt of the plaintiff asking questions directly related to knowledge of the plaintiff but never once interviewed or sought to talk to or question the plaintiff before trial in 2019. < Denied Procedural Due Process >

Throughout the trial held against the plaintiff for the bogus charge of Fraud-where the I.R.S gave people money willfully and recklessly < Complicity Contributory Fault   But for Causation   Chain of Causation >,

8.

Claims of Fraud (such as Intrinsic Fraud, Fraud on the Court, Actual Fraud, Fraud in the Inducement) were asserted against Special Agent Jason Ward yet his conduct resulted in false imprisonment on false pretenses of the plaintiff.

Course of dealing during past business with the Federal courts after being instrumentally for the conviction of dozens for this same type "Collection of unlawful debt" or professional performance makes it hard for the assertion of misconduct but the comparison of other cases are not on all fours where

After Confession in Avoidance or Admission of guilt exist, the plaintiff's vow of NOT GUILTY remains to be recognized. <Unlawful Imprisonment>
— Fair Trial Tainted —

Fact: Take Judicial Notice of the Summary of Investigation notes written by Special Agent Jason Ward In regards to G. Starks, T. Starks, T. Smith, C. Wilson, L. Crenshaw, J. Levett and others who were considered to be "Co-Conspirators" to the plaintiff. All of which were reported As being "Deceptive" "Untruthful" "Lies" with "Inconsistent Testimony" and Facts that do not Corroborate the story or info. provided yet each testimony was used to Procure Conviction and Unlawfully Detain and Imprison the plaintiff.

Failed Duty, Reckless Disregard for the Truth, Subornation

9.

of Perjury, Malicous Prosecution and Fraud on the Court
are all grounds for moratory negligence from which
the plantiff should be due moratory damages.
Negligence, Contribulory Fault, Breach of Duty, Deprivation
of Rights under the color of law where a Conviction
outweighed the Truth or the plantiffs right to liberty.

II AUSA John G. Camp and A.U.S.A. M. Blake Milner
both participants and parties to the case USA v. QUINCETTA
YVONNE CARGILL   2:17-cr-00356-RDP-JHE 1
and Assistant United States Attorneys - prosecutors
who fought for conviction of the plantiff for the charges
of Mail fraud and Wire Fraud 2017 then superseding
Indictment 2019 charging Witness Tampering
    but where the following facts exist but were kept
undisclosed and secret, the plantiff assets claims
of Malicous Prosecution Conflict of Interest Deprivation
of Rights Unlawful Imprisonment and Enslavery:
    i. 2014 incident occurred in Jefferson County
involving the plantiff Quincetta & Cargll that lead to
state charges Attempted Murder - reduced to Assault I
state of Alabama v. QUINCETTA Y. CARGILL
    2. The victim of the crime: Maurice King was left
visually impaired - Blind
    3. The state Prosecutors in 2014 - 2016 (District Attorney)

for the charge were John G. Camp and assisted by M. Blake Milner.

They were both credited for the state conviction of the plaintiff who currently serves the imposed sentence from 2014. The end of that sentence is scheduled for 2021.

Eventhough they both had a personal interest in the 2014 conviction in state court: Jefferson County - Birmingham they both sought to secure a conviction in federal court As Assistant United States Attorneys.

The plaintiff had reported Misconduct where the victim from the 2014 incident appeared daily at trial where the plaintiff served as/Pro Se self Representative and voluntarily testified as witness.
The Blinded Victim's presence was a deliberate plot to intimidate the plaintiff and mutilate her performance. (see. Side Bar Report - Trial Transcripts 2:17-cr-00356-ROP JHE-1) < Witness Tampering and Intimidation>

Conflict of Interest - Malicious Prosecution - Officious Meddler - Surprise - Manifest Injustice False Representation - Illegality - Moral Turpitude.

Illicit Motive to seek Enslavery and Unlawful Imprisonment.

11.

Freedom Lost.

False Imprisonment and Malice in Fact
with Fraudulent Concealment of Material Facts that
Constitutes Personal Interest. Conflict of Interest
and Manifest Injustice. All of which form the basis
for the Claims Deprivation of Rights under Color of
law, Malicious Prosecution and Enslavery - Human
Rights Violation. ‹ in violation of a duty to disclose ›

Physical, Emotional, Economic Harm suffered as
Consequential Loss and Direct Loss where remedy must
be available as resolution in favorem libertatis

Concert of Action · Concerted Wrongdoers
- Adversely affected the functions and decision-making process
of the whole
- persons in position to control, the power to act granted
by a principal to his agent
- implied Authority
- implied Covenants   ( biased the judgment of trier of facts )
_____ In violation of Privileges and Immunities Clause _____
‹ Liberty Clause ›

Joint and Several Liability imposed upon joint
tortfeasors that allows enforcement of the entire judgment
against any one of the tortfeasors. [untrue]if eliminated
by Comparative fault )

12.

The plaintiff asserts claims in the official capacity (duty) and personal individual capacity against all three defendants.

I.   Requesting monetary damages in the amount of $265,000 Two Hundred and Sixty Five Thousand dollars (each)   Solidary Liability · Civil liability
    The plaintiff requests that $171,666 of the requested amount be made payable to

    IRS · RACS
    Attention: Mail Stop 6261, Restitution
    333 W. Pershing Avenue
    Kansas City, MO 64108
      District Court Restitution Order - 2:17-cr-00356-RDP-JHE1


If where immunity bars the plaintiff from recovery of monetary damages

II   The plaintiff seeks INJUNCTION in the form of a court order - Manifest Error due to Manifest Injustice
    Reversal of Conviction - Unlawful Imprisonment
        Conflict of Interest  Malice-in-Fact
III   or both.   Enslavery in violation of
      13th Amendment to the Constitution of the United States
      Submitted this 5th day of April, 2020

QUINCETTA Y. CARGILL ©

P.O. Box 1240

Columbiana, Alabama 35051

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
( SOUTHERN DIVISION )

2020 APR 20  A 11: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN REM:

UNITED STATES OF AMERICA   v.   QUINCETTA YVONNE CARGILL ©™®

Quincetta Y. Cargill,©
Plaintiff / Petitioner

2:20-CV-529-MHH-JEO

V.

UNITED STATES of AMERICA

Administrative Office of the United States Courts

U.S. Sentencing Commission

Department of Justice   (DOJ)

Department of State

Department of Commerce (DOC)

Federal Trade Commission (FTC) ,

    Defendants/ Respondents.

Memorandum in Support of Petition
And Cause Of Action (Claim)

I am a slave - A Thirteenth Amendment Slave.
Where section 1 of Amendment XIII states: Neither slavery nor
involuntary servitude, except as a punishment for crime .....

1

Slavery becomes the reality as both legalized and accepted; Superior Knowledge (awareness of a condition or fact that affects another who was not aware of it), and involuntary servitude (as forced labor) is, notwithstanding the fact that it is the key element in labor trafficking and Human Trafficking, condoned or pardoned/overlooked voluntarily, and

Where servitude is syntaxed as both a condition in which an individual lacks liberty esp. to determine his or her way of life; specif: the state of being a slave < involuntary servitude >, and 'a right' by which property owned by one person is subject to a specified use or enjoyment of another, it is implied in fact esp. where service is defined as useful labor that does not produce a tangible commodity and to serve is to put in (a term of imprisonment) < has served five years of her sentence >, slavery is implicitly capital asset - intangible long-term asset esp. that is not regularly bought or sold; specif: an asset classified as a capital asset by law (as section 1221 of the Internal Revenue Code) where by asset depreciation range (a range of useful lives assigned to types of property under the Internal Revenue Code for purposes of depreciation), Asset-backed security and equitable asset are all latent components, and meets the criteria for equitable fraud, constructive fraud and

legal fraud as a whole, and

Where other laws, regulations and statutes exist and are listed amongst those considered to be important, such as the Fugitive Slave Acts 1 Stat. 302 (1793) and 9 Stat. 462 (1850), repealed by 13 Stat 200 (1864), statutes passed by Congress in 1793 and 1850 (and repealed in 1864) that provided for the seizure and return of runaway slaves who escaped from one state into another or into a federal territory, and Article IV, Section 2, of the U.S. Constitution in it's authorizing any federal district judge or circuit court judge, or any state magistrate, to decide finally and without a jury trial the status of an 'alleged fugitive slave' where with such comparison of the two and with the knowing that one was in the case of blacks fleeing from masters and the other implies the same but in flight from "justice" but both are to be 'delivered up' to the one having 'ownership or jurisdiction', it becomes clearly evident, obvious, and indisputable, manifestation, that slavery and forced labor today is the exact same as slavery and forced labor was before the Emancipation (to free from bondage) Proclamation (official formal public announcement) then, and

Where the denial of Systematic Racism in the Criminal Justice System is as much willful blindness and a conscious avoidance of the truth as would be the denial of the modern-day slave trade;

I am completely adversarial to this captivity by force,

3

whereby I maintain my vow made by plea being without guilt or blame, innocent of the allegations of involvement in the crimes for which I have been taken captive. Therefore, where the presided judge's opinion and verdict that determined the course of action and the position by which the government is to gain ownership or control over my person, I do not agree or give consent to captivity nor do I relinquish my right to freedom. I have been forced into captivity as a slave contrary to law and in violation of my fundamental rights and any other rights afforded and/or recognized as belonging to non-slaves.

I have given direct notification of the specific fact that through renunciation and expatriation, and Declaration of Sovereignty to the courts, the state officials and by public announcement, I am not an United States citizen. I am in fact a Sovereign-American National, citizen out of the state of Alabama by birth, tribe of Levi from the Loss-Found Nation of Israel: Hebrew Israelite. Although self-governing (Autonomous) to the extent that I abide by the laws of the land, dominion and power (as supreme authority) or right (as ownership) to use, control, own, possess or dispose of belongs to THE MOST HIGH GOD to whom I pledge my life, fortune and sacred honor by covenant. And to Thee I serve as slave by choice. Any other title, use, possession, hold, ownership or contract that exist and imply otherwise has been forged by means of deception.

4.

Whereafter a non jury trial, held upon a federal court establish-
ed by the federal government and having jurisdiction over questions
of federal law, and

Whereafter claims were made by the Internal Revenue
Service charging Conspiracy to Wire and Mail fraud with a loss
in excess of one million, ninty-six thousand dollars $1,096,000 .⁽ᵃ⁾
reporting that fraudulent tax returns submitted electronically
by persons using the personally identifiable information belonging
to others were the means by which the damage was sustained,
the United States Attorneys Office was employed to secure prosecution

This sounds simple enough, except for exclusion of factors that
Actively contributed to the production of the loss (as a result):

a. On an annual basis, and as a pattern with intent, the
Internal Revenue Service accepts requests electronically submitted either
by or through its on-line tax service site or through the professional service
of On-line Tax Preparation companies such as H&R Block, TURBOTAX or
others

b. Neither the Internal Revenue Service nor the On-line Tax Preparation
companies require proof of either Identification or Entitlement eventhough
the laundering of money and identity theft rank highly amongst
Cyber-crime, and

c. the responsibility and obligation to both protect the identities
and interests of American consumers and verify claims by audit or
request of documentation as proof of entitlement belongs to the I.R.S

5.

and the companies in whom they've placed their trust to submit the returns properly

d. Cyber security - measures taken to protect a computer system (as on the Internet) against unauthorized access or attack does not work unless

e. Cyber-law - the area of law dealing with regulation of use of the Internet is adhered to.

f. But to provide, supply or appropriate monies and credits based solely upon an electronically submitted request without the requirement of proof of identity is negligent and reckless

g. But to repeat the process annually after reporting losses that exceed one million dollars and after knowing that such losses are due to fraudulent refunds and identity theft is contributory fault.

At first glance it appears that I seek to blame someone other than myself for my loss of freedom but

1. The Consumer Identity Protection Act and the Real ID Act amongst others set forth regulations and mandates for the disbursement of funds and the use or security of the identities and personal information belonging to the public / tax payers

2. No one simply gives away one million dollars by electronically depositing the requested amount on to prepaid debit cards that were also secured via the Internet using the personally identifiable information of another without asking for Identification esp. after such

negligence resulted to losses the year before and caused dozens of consumers to become victims of identity theft through their faulty system

3 a. But-for cause (as a negligent act) without which a particular result (as damage) would not have occurred < a but-for test of causation >,

b. Causal < causal negligence >, Causality - the relationship between cause and effect, causation - the act or agency that produces an effect; see also Chain of Causation,

c. Actual Cause, Cause in fact

d. Contributory Negligence on the part of a plaintiff that contributed to the injury at issue will bar recovery

example: Dram Shop Act - a law imposing civil liability on the owner of an establishment that sells alcohol beverages to an intoxicated person who causes injury to another as a result of the intoxication — called also Civil damage act, civil liability act

e. (compare: Necessity, Undue Influence, Economic Duress .. etc.)

4. All of which would be obvious factors to an impartial fact finder where a lack of duty and care is concerned, but when you add the elements :

I. The Profitability or yielding advantageous results of Slavery ( property owned by one, useful labor, capital asset ..etc.)

II a. Complicity - "Corporations and other entities may be criminally liable by reason of the definitions of "person" and "whoever" in 1 U.S.C. § 1

and the definition of "organization" in 18 U.S.C. §18

    b. Principals — 18 U.S.C. §2   (a) Whoever commits an offense
                 Against the U.S. or Aids, abets, induces or procures
                 it's commission, is punishable as a principal
                 (b) Whoever willfully causes an act to be done which
                 if directly performed by him or another would be an
                 offense against the U.S., is punishable as a principal

III. Title 26 Internal Revenue Code   Chap. 75   §7214 Offenses
   By Officers & Employees of the United States
     a.) Unlawful Acts of revenue officers or agents —
     (4.) who conspires or colludes with any other person to defraud
     the United States, or
     (5) who knowingly makes opportunity for any person to
     defraud the United States
     (6) who does or omits to do any act with intent to enable any
     other person to defraud the United states

IV a. Title 31 Money and Finance   Chap. 53
   §5341 National Money Laundering and Related Financial
   Crimes Strategy   and §5342 High-Risk Money Laundering
   and Related Financial Crimes Areas

    b. (which I compare to the Tuskegee Experiment conducted
from 1932 to 1972 by the U.S. Public Health Service where
blacks were infected with syphilis and left untreated until they
died when penicillin would have cured it for a strategy and
study to watch the effects of the disease)

c. Where with the National Crimes Strategy and the
High-Risk Crimes Areas
· Geographical (specif.) locations are targeted
· Targeted by Geographical Targeting Order
· Based upon Population of Area, Vulnerability to
crime, economic-income base, suspicion of criminal
activity and statistics of patterns and unusual
activity and spending
· Targeted for law enforcement activity
· With incentives and initiatives - financial Allotment
funding and Enhancement
d. Resulting in Claims: Conspiracy Against Rights (§241 - Title 18)
and Deprivation of Rights Under Color of law (§242 - Title 18)
   QUINCETTA Y. CARGILL© v. United States Treasury  < Entrapment >
and    I. i. Accomplice - one who intentionally and voluntarily participates....
by encouraging or by failing to prevent it
   ii. Accessory - instigator and contributor,
s. the Issue of Unclean Hands became a determining factor.
Unclean Hands on the part of the plaintiff is often pleaded as an
Affirmative defense by the defendant
   Royal Sch. Labs., Inc. v. Town of Watertown, 358 F.2d 813 (1966)


Although I've maintained my plea of NOT GUITY to claims
of involvement with a group of persons who had requested money

from the Internal Revenue Service using information that could have easily been ill-obtained from the personal trash of a family household or the dentist office who services families and regularly requests the name, date of birth and social security number for identification purposes, but in this case, most personal information was provided by impoverished people seeking to get ahead and excited about the possibility of easy money or free money, it was the opinion of the judge that I was GUILTY.

The crimes were actually committed in the year of 2010 but continued through the year 2013, and after years of investigation where no two persons told the same truth and not many of the persons investigated were free from personal guilt or inducement the investigation lead to an INDICTMENT in the year 2017.

Although this appears to be testimonial, it is none of the facts considered but vital points deliberately disregarded for the determination of Guilt happened long before a single fact was spoken.

As pro se representative, after the waiver of right to appointed counsel but after the appointment of four different Criminal Justice Act (CJA) Attorneys whose interests were nothing short of settling the case just as quickly as the other "co-defendants" had by confession and providing testimony to the United States Attorney that would implicate and procure another conviction of another in exchange for "the Recommendation" for lenience.

The United States Sentencing Commission has a developed strategic plan as to what amount of service time each slave is to be sentenced as required to repay a debt to society while being housed at the Bureau of Prisons.

The Department of <u>Justice</u> is said to be responsible for law enforcement and allied programs and services with a separate division for investigating and prosecuting cases under federal <u>Antitrust Laws</u>, <u>Civil Rights Laws</u>, criminal laws (including those covering <u>Organized Crime</u>) <u>tax laws</u>, and others. Its like placing the rooster over the hen house or a wolf over the sheep.

Racketeer Influenced and Corrupt Organization Act (RICO) 18 U.S.C. §§ 1961 -1968 (1970), Criminal Enterprise or illicit activity that is <u>run like a business</u>, where provisions against fraud, <u>Corruption</u>, activity in furtherance of human trafficking and <u>SLAVERY</u>, are to allow federal prosecutors broad powers to attack organized crime elements or "other groups" (besides themselves) involved in certain "patterns" of illicit conduct.

Such conduct as:

1. Collection of unlawful debt (IRS purposedly gives money annually without the requirement of Proof of Identity or Proof of Entitlement - claiming excessive loss as debt - only to utilize the prosecutorial powers of the United States Attorney's Office to procure convictions by Coercion and Threat of loss of life and liberty

2. Peonage, slavery and trafficking in persons

3. Enticement into Slavery (Perjury & Subornation of Perjury)

4. Concentration of Power - monopolization of slave trade (Criminal Justice System)

5. Benefitting financially from peonage, slavery, involuntary servitude or forced labor and trafficking in persons

6. Conspiracy against rights

7. Deprivation of rights under color of law

8. Profiteering (during time of war: War Against Crime)

All of which are the reported conduct of the Internal Revenue Service - Criminal Investigation (IRS-CI) in concerted activity and in conspiracy with the United States Attorney's Office for the Northern District of Alabama (Southern Division) where annual reports will show a 97% success rate of Conviction Rate where after the IRS purposedly misapplies monies to persons from minority populated low income geographical locations and seek prosecution for "Debt" when entrapment and complicity are the key elements of the reported "Loss", and the United States Attorney's Office, with the assistance of CJA appointed attorneys, Coerce Confessions and Testimony by Threat of Excessive Prison Time, Subornation of Perjury, Witness Tampering, Terrorism (systematic Racism) and Procurement of Conviction which equates To Enticement into Slavery, and the Judicial System - Corrupt Restricted Covenant - Racism, accepts confessions and judge racially motivated prosecutions - where the interest of the team is the Securitized Enterprise of Slavery under the color of law Slave Trade - Civil Rights Violation - Condonation - Antitrust offenses.

12.

<u>Equal Justice</u> means impartial and not discriminatory just dealing in the administration of law but, where we as a nation of people having an awareness and/or understanding of the fact that the JUDICIAL SYSTEM (administration of the courts) in the federal judiciary <u>CONDONES</u>, EXECUTES and NEGLECTS by refusal, or failure to prevent <u>RACIAL DISCRIMINATION</u> by a government (Civil Rights Acts of 1964), when failure of consideration is the neglect, refusal, or failure of a party to a contract to perform as promised or furnish the consideration promised esp when CONNIVED [closed eye, knowingly overlooking wrongdoing] or consensus ad idem is a factum. Corrupt Condonation marked by uninterrupted time as from the slavery and discrimination before to the tradition of the trade, now.

There is no denying it, esp in the Northern District of Alabama in the United States District Court where records of convictions involving the investigative team at the Internal Revenue Service Criminal Investigation IRS CI and the United States Attorneys Office and the team of Criminal Justice Act CJA appointed attorneys whose contingent Interest and general intent are self serving to maintain a secured establishment marked by corrupt dealing (Section 1983: the section of title 42 of the U.S. Code that makes a person liable for depriving another of any rights, privileges, or immunities

Secured by the U.S. Constitution and laws while acting under color of any statute, ordinance, regulation, custom, or usage of a state).

Throughout the coure of trial preparations, hearings such as: Taint Hearing · held in a criminal case to determine if the prosecution's evidence is inadmissible because of some taint (as because it was obtained through procedures that violated the defendant's constitutional rights),

Wade Hearing - held in a criminal case to determine whether a witness's identification of the defendant (as in a lineup) is tainted therefore inadmissible as evidence,

Franks Hearing - held to determine whether statements made by officers (or agents) used to benefit the officers by presentation of probable cause to gain entry were false and constitute perjury or reckless disregard for the truth, and (possibly) Jackson - Denno (type) Hearing - held to determine if a confession or statements made by a defendant (or co-defendant) were given involuntarily and so should be suppressed as evidence (Title 18 U.S.C. § 3501 Aamissibility of Confessions (b) The trial judge in determining the issue of voluntariness shall take into consideration all the circumstances surrounding the giving of the confession (2) whether such defendant knew the nature of the offense with which he was charged or of which he was suspected at the time of making the confession )

CLAIM: Vanessa Dudley (2:17-cr-00153-MHH-SGC (N.D. Ala.))

14.

criminal co-conspirator / co-defendant marked by
mental disease that interferes with mental or emotional
processes and internal behavioral control and that is not
manifest only in repeated criminal or antisocial conduct.
Admitted while on the stand and in open court during the trial
proceeding before a federal judge to having-plead guilty to
Identity Theft although she had not stolen anyones identity
or their information. It had been the suggestive influence
of CJA Appointed Attorney: Glennon Threat who knowingly
coerced her confession but solely out of the interest of self
and in conjunction with the designed pattern and concert
of activity to Enticement into Slavery (18 U.S.C. § 1583) and
Subornation of Perjury (18 U.S.C. § 1622),

     yet neither pre-trial motion requesting the above listed
hearings were responded to. Therefore the Attempts to expose
corruption and deceit on behalf of the United States Attorney
Office and I.R.S-CI investigators and agents were blocked.

     Conflict of Interest is considered misconduct where as inten-
tional or wanton wrongful but usu. not criminal behavior is still a
deliberate violation of standards of conduct by a government
official (misconduct) when the official knowingly, intentionally and
willingly conceal material facts and information that is considered
to be a conflict between the private interests and the official or

professional responsibilities of a person in a position of trust
(— see ABA Model Rules of Professional Conduct) such as:

• AUSA John G. Camp, with the assistance of AUSA
M Blake Milner both prosecuted the state case:
State of Alabama v. QUINCETTA Y. CARGILL back in the year 2016
from a 2014 incident involving a violent offense which left a male
victim blind - but as District Attorney - Prosecutors for the state
of Alabama.

At the present, I am still currently serving the sanction
imposed by the judge although the time technically ended in
February 2020. (Habeas Corpus filed: 2:19-cv-01339-RDP-HNJ)
[ In attempt to seek correction of error and seek consideration
from the Jefferson County Circuit Court Judge Teresa Pullium.
Attorney John Robbins was directed to seek the approval from the
District Attorney John G. Camp who ultimately Denied approval thereby
Blocking the Request for Consideration of Release 2017 ]

However, both AUSA John G. Camp and AUSA M Blake Milner
are not only case participants for the case: USA v. CARGILL but also
the prosecutors conducting trial.

The concealment of the Conflict of Interest and personal
interest constitutes manifest Injustice but reports of Outrageous
Government Conduct such as

• The appearance and daily attendance of the Blind Victim
from the state case that took place in 2014 after having been notified

And personally invited by the Assistant United States Attorney
in Attempt to Intimidate and Damage the prose performance
of myself as well as intimidate and/or improperly influence
the testimony of another witness who was the ex girlfriend of
the Blind Victim and sister to the defendant,

were made specif. Reporting Witness Tampering Attempts
at side Bar during trial but no provisions or preventative
measures were taken in response to such report.

Yet after an INDICTMENT and the taking into Custody
of the defendant - myself in the year of 2017, in the year 2019
the Government filed a Superseding Indictment charging
Witness Tampering - where at trial a voice recording
that supported the Defense of DURESS where an entire
family including minor children were at risk of Harm and
Possibly the risk of death was played before the court
Yet the defense of Duress was not regarded whereby the
OPINION of the presiding judge for the charge of Witness
Tampering was GUILTY.

Where there is obviously an Agenda to ENSLAVE
and MASS INCARCERATE in order to maintain both
TRADITION (which includes RACISM and Discrimination)
and the ECONOMIC INTEREST in the SLAVE TRADE, and
where both history and the Obvious facts regarding
Systematic RACISM, Mass Incarceration of minorities,
the 97% Success Rate by Coercion and Threats in exchange

17.

for a PLEA DEAL - method used by the United States
Attorneys Office in the Northern District of Alabama
as well as the Pattern of Racketeer Activity
in concerted Activity with The Internal Revenue Service
Criminal Investigation Agents and the United States
Attorneys Office in the Northern District of Alabama
where after willfully and knowingly misapplying monies
belonging to the United States, Claiming Unlawful Debt
and Loss with the intent to seek prosecution
and procure Convictions through Perjury and Subornation
of Perjury (A Common-law plea · Confession and Avoidance), And

    Where the "Justice" in Criminal Justice in the
United States does not include persons of color No more
than the phrase Constitutional Rights does, where when
the Constitution of the United States signed by General
George Washington on September 17, 1787 was enacted, People of
Color, "BLACKS" were then SLAVES and not Considered
"PEOPLE" At All,

        I DO NOT HAVE FAITH in the Criminal Justice
System or in the Federal Courts in whom I have been forced
to place my safety and before whom I was forced to
stand knowing that I was being Forced into Slavery.

*        I made several Attempts to express my Allegiance

18.

And Obligation As A Sovereign-American National Hebrew Israelite, to A <u>SOVEREIGN RULER</u> and <u>SUPREME POWER</u> to whom I belong As Slave Servant by Choice

but in Violation of Amendment I to the Constitution of the United States, the presiding judge <u>Prohibited</u> the Free Exercise of Expressed Interest in Religion and Way of Life As Autonomous, but Citizen out of the State of Alabama.

* I requested to review or examine the Oath by which he As judge had sworn to perform official duties to note the promise made. MOTION or REQUEST: DENIED

* I requested information As to the SOURCE of LAW (AS A Constitution, treaty or statute) that provides the Authority for the judicial decision to Prohibit Inquiry And Communication that in Any way involve or pertained to Religious Sovereignty (Special Duty Doctrine). MOTION or REQUEST: DENIED

Thereby it is my belief that I have been 18 USC §1201 KIDNAPPED And/or ABDUCTED by fraud in furtherance of §1583 Enticement into Slavery And §1584 Sale into Involuntary Servitude whereby the ABDUCTOR is in fact §912 Officer or Employee of The United States in violation of Chap. 43 False Personation acting under the Authority of the United States. < PIRACY of a Private Ship. TREASONOUS >

Where it is CLEAR by which I have maintained my Vow and PLEA of NOT GUILTY ( NO CONTRACT! ) that I do not Agree with, consent to and should not be forced to be subject to the OPINION of "the presiding judge", and

Where After continued Attempts to report Abuse of Power, Abuse of Discretion, Unclean Hands, Unconscionability / OPPRESSION, and UnConstitutional Corrupt Practices have gone unresponded to or unanswered, and

Where the blatant disregard for Amendment I to the Constitution of the United States · free exercise of religion and Expression of religious interest · by denial of my conscience provisions or consideration, marks the suspicion of, and the belief supported by other UNCONSTITIONAL behavior,

I hereby seek Protection and seek the Attention of Authorities who by duty and obligation to abide by the International Laws and by International Treaty to prevent and bring an immediate end to my unlawful CAPTIVITY and Cruel and Unusual Punishment that is offensive to the Contemporary morality or jurisprudence ( As by Forced Slavery and Unlawful Imprisonment ) _ U.S. Constitution Amend. VIII _ International Law  _ U.S. Constitution Art. II
International Treaty against Slavery · Human Rights Violation
to provide the Attention needed to Assess the Claims and bring an end to Slavery by Fraud and Grant / Approve

20.

the PETITION to End Slavery and the return of property unlawfully detained (my person), As well as rule in favor of the plaintiff Against the United States, its Agencies and partnering companies who CONDONE CONNIVE or CONSPIRE to unlawfully enrich themselves and their lives by and through SLAVERY or fail to prevent or protect from unlawful SLAVERY by Active participation or Failure to Act where A duty And obligation exist to Enforce law and/or abide by the Constitution, treaties, regulations or statutes.

I seek relief sought by specific performance - Amnesty, Clemency-Forgiveness or A new trial in the Alternative And/or damages of $50,000 for loss of liberty and unlawful imprisonment. Where immunities exist, I Ask that the courts decide based upon the need to cure the defect.

End of Statement and

Memorandum ___

Submitted this _30th_ day of March

Quincetta-Yvonne : Cargill ©

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

2020 APR 20  A II: 00

U.S. DISTRICT COURT
N.D. OF ALABAMA

In re: QUINCETTA YVONNE CARGILL 418989588

Quincetta-Yvonne: Cargill,
    Petitioner

United States of America,
United States District Court
for the Northern District of Alabama, and
Congress of the United States,
    Respondents.

## PETITION for LIBERATION from SLAVERY
## and DETINUE of PERSON (Corporeal Property)

Comes now QUINCETTA YVONNE CARGILL and Quincetta-Yvonne: Cargill, petitioner and one-in-the same, but SLAVE (as through Thirteenth Amendment detainer and restraint, but corporeal property claimed, detained, imprisoned, enslaved and wrongfully deprived of life, liberty and property in a common-law action for recovery of personal property belonging to the plaintiff/petitioner that is wrongfully detained by the defendant/respondents, and in exercise of First Amendment right to petition the government for

Specific performance; Restructuring (as a corporation and its ownership of securities), Retrocession (as the return of title to property to its true owner), Revendication - to bring an action to enforce rights in (specific property) esp. for the recognition of ownership and the recovery of possession from one wrongfully in possession

Spec. the person QUINCETTA YVONNE CARGILL - insolvent corporation and slave taken captive in violation of Title 18 Peonage, Slavery, and Trafficking in Persons § 1583 Enticement into slavery, § 1584 Sale into Involuntary Servitude, and § 1585 Seizure, detention, transportation or sale of slaves, and in violation of the 13th Amendment restriction and guideline "...whereof the party shall have been duly convicted, ..."

Where against the opinion of United States District Court judge(s) determining amongst the court's judicial process and review GUILT for crimes against which I maintain my solemn vow and plea of NOT GUILTY where before the MOST HIGH GOD - True Owner of property and best judge it stands as true and factual, honest and whole, thereby with such differences of opinion, and where the best evidence is that held in the knowing of the MOST HIGH GOD, and

Where it is believed that through "Legalization of racism" in the discriminatory legal process of the Federal Court System - known for its partiality, discrimination and unfair treatment

2.

And conviction of minorities esp. those marked and characterized as "BLACKS", it is easily implied and fore seen that justice is a hoax and the personal interest of the court and law enforcement personnel, including the judges (violation of Canon 1: "Appearance of impropriety"), Administration of the courts, Attorneys and other court personnel, lay in equity and profiteering from the traditional and modern-day SLAVE TRADE, and

Where after denial of rights by Prohibiting the Free Exercise (As by inquiry of interest, questions of diversity and/or provisions made for Religious Sovereignty · special act or source of law) of Religion made in open court by the legal authority of the court, and

Where as Sovereign · American National; Hebrew Israelite (Displaced Nation) classified as Lawful Militant (militia) member and party to, and where the Third Geneva Convention sets out the characteristics of a lawful combatant under the Convention where a lawful combatant is entitled to status of prisoner of war and must be given all the rights guaranteed by that status, and where as a none-United States Citizen by Sovereign American by Expatriation protected by the Expatriation Act and Sovereign Immunities Act, and as a member of another militia who is a lawful combatant who

3

profess allegiance to a government or AUTHORITY not recognized by her captor,

I have been Enslaved during a time of war (As the undeviable war Against/on BLACKS in the U.S. #BLACKLIVESMATTER - Police Attacks and Murder of unArmed BLACKS - Systematic Racism Preferential Treatment of WHITE SUPREMACY ) by a System designed to Unlawfully Seize Property and Invoke slavery in violation of law and contrary to the specified portion of the United States Constitution AMENDMENT XIII "...whereof the party shall have been duly convicted..." And Against the intended design of the provision for the personal benefit and interest of/to PROFITEER (Treasonous), therefore I stand before and in Allegiance with the MOST HIGH GOD whom my captors do not recognize as SUPREME AUTHORITY, And petitions the United States for Return of property Return of title Return of Rights to Enjoyment of Life and Limb Return of Cestui Que beneficial use and ownership And Return of FREEDOM - To BRING AN OFFICIAL END to SLAVERY ie. violation of jus cogens, jus gentium

With such freedom comes Freedom of Religion without intervention by the government, FREEDOM of CONTRACT under the Contract Clause of Article I, Section 10 of the U.S. Constitution, and Freedom from Unjust Enrichment of Cestui Que Trust in accordance with Cestui Que Vie Act of 1666 Action in TROVER (use, benefit, title etc)

4.

And As Beneficiary and insolvent Corporation, where in
Trust FUND DOCTRINE holding that shareholders to whom
assets of an insolvent corporation have been transfered
are liable to creditors (or them to whom I am indebted)
upon dissolution of the corportation; broadly: A doctrine
holding that corporate assets are held as a trust fund
for the benefit of shareholders (possession, hold, use ...etc.)
and creditors and that corporate officers (trustee/settlor)
have a fiduciary duty to deal with them properly; specif:
Cestui Que Trust is equitable owner of the trust property
(Rights against the trustee alone) and in addition, equitable
owner of the trust res, a right against the world at large
to that it respect ownership, refrain from using the trust
property (Cease and Desist) for any purpose which is
inconsistent with the trust - by which transfer of rights
as beneficial owner All DEBTS including that is Claimed by
the INTERNAL REVENUE SERVICE for which and against which
the UNLAWFUL ENSLAVEMENT was carried out in the sum of
(total Debt) $1,096,669 ONE MILLION, NINETY-SIX THOUSAND,
SIX HUNDRED and SIXTY NINE DOLLARS and Zero Cents <666 witch-
Craft Exposed > whereby the Cestui Que Trust may maintain a
suit in equity against the trustee for breach of trust, and recover
a sum of money, either the value of the trust res, or the amount
of profits which should have accrued since Creation of Trust

5.

by Settlor in Accordance with Cestui Que Vic Act 1666
As An equitable obligation.

Finally, and for the SAKE of CLARIFICATION of request As remedy And cure for the unlawful Enslavery And FRAUDULENT CONVEYANCE, FRAUDULENT CONVERSION And FRAUDULENT CONCEALMENT, And Petition for LIBERATION FROM SLAVERY (Expatriate / Sovereign / Autonomous / NON-VESSEL of the UNITED STATES And Non-CITIZEN of the UNITED STATES (Prisoner of war - Lawful Combatant);

1. IMMEDIATE RELEASE from unlawful Detainer

2. REVERSION of PROPERTY (Declaration of Trust, Title Clear And Free, Trust Receipt, Restoration of Rights to USE, BENEFIT And ENJOYMENT of Cestui Que Trust)

3. CLEAR DEBT (IRS) - Cestui Que Trust Use TAX $1,096,664 PAYABLE TO THE IRS - RACS Attention: Mail Stop 6261 [Restitution] 333 W. Pershing Avenue, Kansas City, MO 64108     RE: District Courts Restitution Order 2:17-cr-00356-RDP-JHE I

* UNLAWFUL SLAVERY and TRAFFICKING OF PERSONS < Cruel and Unusual Punishment > is A HUMAN RIGHTS VIOLATION -Treaty Violation (International Treaty)

Submitted this 1st day of April, 2020